JAMES R. SNYDER, GUARDIAN, ETC. *v.* STATE OF MARYLAND CENTRAL COLLECTION UNIT

[No. 5, September Term, 1978.]

*Decided September 27, 1978.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, LEVINE, ORTH and COLE, JJ.

*John F. Lillard, III,* with whom was *John F. Lillard, Jr.,* on the brief, for appellant.

*Thomas E. Plank, Assistant Attorney General,* with whom was *Francis B. Burch, Attorney General,* on the brief, for appellee.

## O R D E R

The petition for writ of certiorari having been granted and heard, it is this 27th day of September, 1978

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.